1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

KATURAH SMITH, individually and on
behalf of all others similarly situated,

               Plaintiffs,

    v.

STK BELLEVUE, LLC, a Washington
company,

               Defendant.

No.

NOTICE OF REMOVAL

16

TO:       Plaintiff Katurah Smith and her counsel of record

17

18

AND TO:    CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN
              DISTRICT OF WASHINGTON

19

20

21

22

23

24

25

26

      Pursuant to 9 U.S.C. § 205 and 28 U.S.C. § 1332 and § 1441, Defendant STK Bellevue,

LLC ("STK") hereby gives notice of its removal of this civil action, titled *Katurah Smith v. STK*

*Bellevue, LLC*, Cause No. 22-2-02168-3 SEA, from the King County Superior Court of the State

of Washington to the United States District Court for the Western District of Washington (at

Seattle).  A true and correct copy of the Complaint and Summons is filed herewith as Attachment

A.  The grounds for removal are as follows:

NOTICE OF REMOVAL - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

1.      On February 16, 2022, STK was served with a summons and complaint in this case.  Declaration of Keitha Francis ("Francis Decl.") at ¶ 2.  This removal is timely filed within 30 days after the receipt of the initial pleading.  28 U.S.C. § 1446(b)(1).

2.      The complaint asserts claims on behalf of Plaintiff Katurah Smith ("Plaintiff") and for "[a]ll individuals currently or formerly employed by STK in the State of Washington and paid on an hourly basis since February 10, 2019" ("Class Members") for alleged wage and hour violations for "failing to pay for all hours worked or unlawfully capping wages without notice, failing to pay all tips, gratuities, and/or service charges, failing to provide one hour of paid sick leave for every forty hours worked, and failing to provide meal and rest breaks as required by Washington law." Complaint at 1 ¶ 4.1; 3 ¶ 1.1.

3.      The complaint asserts, in relevant part, that Plaintiff and Class Members are entitled to "[d]amages for unpaid wages, tips, gratuities and service charges," "[e]xemplary damages in amounts equal to double the wages due to Plaintiff and members of the putative class," "[a]ttorney's fees and costs," "[p]rejudgment and post-judgment interest," and "[s]uch other and further relief as the Court deems necessary, just, and proper." *Id*. at 9-10 ¶¶ B-F.

4.      On June 4, 2021, Plaintiff entered into a binding Arbitration Agreement pursuant to the Federal Arbitration Act, 9 U.S.C., *et seq*.  Francis Decl. at ¶ 3, **Exhibit A**.

5.      The Arbitration Agreement states, in relevant part, "[i]n the event of any dispute, claim or controversy including, but not limited to, any dispute, claim or controversy seeking compensatory and/or punitive damages ("claims") arising out of any employees' employment or the cessation of such employment with The Company, any such claims, on an individual or class basis, shall be submitted to final and binding arbitration. Such claims include, but are not limited to, any federal, state or local statutory claims (including, but not limited to. . . Wage and Hour Statutes. . .)." *Id.* at 1.

6.      The parties' arbitration agreement is governed by the Federal Arbitration Act, 9 U.S.C., *et seq*.

NOTICE OF REMOVAL - 2

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

1      7.     Plaintiff is a resident of Washington State.  Francis Decl. at 2 ¶ 3.1.

2      8.     An LLC is a citizen of all states in which each of its members is a citizen.  *Lindley*

3 *Contours, LLC v. AABB Fitness Holdings, Inc.*, 414 F. App'x 62, 64 (9th Cir. 2011).  Defendant

4 STK Bellevue, LLC is wholly owned by The ONE Group, LLC.  Francis Decl. at ¶ 4.  Thus, the

5 ONE Group, LLC is the sole member.

6      9.     The ONE Group, LLC is incorporated in Delaware with its principal place of

7 business in Denver, Colorado. *Id.* at ¶ 5.  The ONE Group, LLC is wholly owned by The ONE

8 Group Hospitality, Inc. *Id.* at ¶ 6.  The ONE Group Hospitality, Inc. is incorporated in Delaware

9 with its principal place of business in Denver, Colorado.  *Id.* at ¶ 7.  Thus, The One Group, LLC

10 is a citizen of Delaware and Colorado.

11      10.     The Court has jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441.

12 There is complete diversity of citizenship between the parties because Plaintiff is a citizen of

13 Washington and STK is a citizen of Delaware and Colorado.  Plaintiff's claim for damages,

14 double damages, and statutory attorneys' fees exceeds $75,000.00.  "The amount in controversy

15 includes damages and, if authorized by statute or contract, attorney's fees." *Mykland v.*

16 *CommonSpirit Health*, 3:21-CV-05061-RAJ, 2021 WL 4209429, at *2 (W.D. Wash. Sept. 16,

17 2021) (citing *Kroske v. U.S. Bank Corp.*, 432 F.3d 976, 980 (9th Cir. 2005) (citing *Galt G/S v.*

18 *JSS Scandinavia*, 142 F.3d 1150, 1155-56 (9th Cir. 1998)).

19      11.     Attachment A constitutes all of the process, pleadings, and orders served on

20 Defendant in this action. *See* 28 U.S.C. § 1446(a).

21      12.     Venue is proper in the United States District Court for the Western District of

22 Washington because the Complaint was filed in the King County Superior Court.

23      13.     By filing this Notice, Defendant does not waive, and expressly reserve, any

24 defenses which may be available.  Defendant intends to arbitrate this dispute.

25

26

NOTICE OF REMOVAL - 3

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

1    14.    In accordance with 28 U.S.C. § 1446(d), copies of this Notice of Removal will be

2  served on the Plaintiff and filed with the Clerk of the Superior Court for the State of Washington

3  for King County.

4

5        DATED:  March 18, 2022.

                                    STOEL RIVES LLP
6

7
                                    s/Christopher T. Wall
8                                   Christopher T. Wall, WSBA No. 45873

9                                   s/Jacqueline Middleton
                                    Jacqueline Middleton, WSBA No. 52636
10                                  600 University Street, Suite 3600
                                    Seattle, WA  98101
11                                  Telephone:  206.624.0900
                                    Facsimile:  206.386.7500
12                                  christopher.wall@stoel.com
                                    jacqueline.middleton@stoel.com
13
                                    Attorneys for Defendant STK Bellevue, LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF REMOVAL - 4

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

1

## <u>CERTIFICATE OF SERVICE</u>

2

3          I hereby certify that on March 18, 2022 I electronically filed the foregoing with the Clerk

4  of the Court, which will send electronic notice of such filing to the following counsel of record:

5  Gregory M. Skidmore
   Kaitlyn Gould
6  Skidmore Fomina, PLLC
   14205 SE 36th Street, Suite 100
7  Bellevue, WA  98006
   Tel: (425) 519-3656
8  Email: gskidmore@skidmorefomina.com
   Email: kgould@skidmorefomina.com
9

10 James B. Pizl
   Entente Law PLLC
11 315 Thirty-Ninth Avenue SW, Suite 14
   Puyallup, WA  98373-3690
12 Tel: (253) 446-7668
   Email: jim@ententelaw.com
13

14

15         DATED at Seattle, Washington this 18th, March, 2022.

16

17                                        _s/Debbie Dern_____
                                         Debbie Dern, Legal Practice Assistant

18

19

20

21

22

23

24

25

26

NOTICE OF REMOVAL - 5

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900