UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATURAH SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STK BELLEVUE, LLC, a Washington company,<br><br>Defendant. | No. 2:22-cv-00332<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to the Stipulated Motion to Extend Time to Respond to Plaintiff's Complaint submitted by Defendant STK Bellevue, LLC and Plaintiff Katurah Smith, and for good cause appearing therefore,

IT IS HEREBY ORDERED THAT the motion is GRANTED. Defendant's time to respond to Plaintiff's Complaint (Dkt. 1-1 at 10-19) is extended from March 25, 2022 to April 4, 2022.

DATED this 4th day of April, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT - 1