HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATURAH SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STK BELLEVUE, LLC, a Washington company,<br><br>Defendant. | No. 2:22-cv-00332-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION** |

Pursuant to the Stipulated Motion to Stay Proceedings and Compel Arbitration submitted by Defendant STK Bellevue, LLC and Plaintiff Katurah Smith (collectively, the "Parties"), and pursuant to Section 3 of the Federal Arbitration Act, 9 U.S.C. § 3, and the Parties' written employment arbitration agreement dated June 4, 2021,

IT IS HEREBY ORDERED THAT the motion is GRANTED. The Court will compel arbitration of Plaintiff's claims and, pending appointment to arbitration, stay all proceedings herein.

DATED this 6th day of April, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION - 1
(Cause No. 2:22-cv-00332-BJR)

115038005.1 0068288-00022

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*