THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATURAH SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STK BELLEVUE, LLC, a Washington company,<br><br>Defendant. | No. 2:22-cv-00332-BJR<br><br>**STIPULATED MOTION TO DISMISS AND ORDER** |

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) Plaintiff Katurah Smith and Defendant STK Bellevue, LLC ("the Parties") hereby stipulate that any and all claims in this action shall be dismissed with prejudice. On April 6, 2022, this Court compelled arbitration of Plaintiff's claims and stayed all proceedings herein. In September 2023, the Parties reached a mutually agreed upon settlement in this matter. Accordingly, on October 31, 2023, the American Arbitration Association ordered that the arbitration between the Parties be dismissed with prejudice. Therefore, the Parties jointly request that the Court dismiss this matter with prejudice.

///

///

STIPULATED MOTION TO DISMISS AND ORDER (2:22-cv-00332-BJR) - 1

1  STIPULATED TO THIS 14th day of November, 2023.

2  SKIDMORE FOMINA, PLLC

3  *s/ Gregory M. Skidmore (via email authorization)*
4  Gregory M. Skidmore, WSBA No. 47462
   Kaitlyn Gould, WSBA No. 58622
5  14205 SE 36th Street, Suite 100
   Bellevue, WA 98006
6  Telephone: (425) 519-3656
7  gskidmore@skidmorefomina.com
   kgould@skidmorefomina.com

8
   *Attorneys for Plaintiff*
9
   ENTENTE LAW PLLC
10

11 *s/ James B. Pizl (via email authorization)*
   James B. Pizl, WSBA No. 28969
12 315 Thirty-Ninth Avenue SW, Suite 14
   Puyallup, WA 98373-3690
13 Telephone: (253) 446-7668
   jim@ententelaw.com
14

15 *Attorneys for Plaintiff*

16 STOEL RIVES LLP

17 *s/ Jacqueline Middleton*
   Christopher T. Wall, WSBA No. 45873
18 Jacqueline Middleton, WSBA No. 52636
19 600 University Stret, Suite 3600
   Seattle, WA 98101
20 Telephone: (206) 624-0900
   christopher.wall@stoel.com
21 jacqueline.middleton@stoel.com

22
   *Attorneys for Defendant STK Bellevue, LLC*
23

24

25

26

STIPULATED MOTION TO DISMISS AND ORDER (2:22-cv-00332-BJR) - 2

## ORDER OF DISMISSAL

Based on the Parties Stipulated Motion to Dismiss, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice.

DATED this 15th day of November, 2023.

_____
Barbara J. Rothstein
United States District Judge

Presented by:

SKIDMORE FOMINA, PLLC

*s/ Gregory M. Skidmore (via email authorization)*
Gregory M. Skidmore, WSBA No. 47462
Kaitlyn Gould, WSBA No. 58622
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
Telephone: (425) 519-3656
gskidmore@skidmorefomina.com
kgould@skidmorefomina.com

*Attorneys for Plaintiff*

ENTENTE LAW PLLC

*s/ James B. Pizl (via email authorization)*
James B. Pizl, WSBA No. 28969
315 Thirty-Ninth Avenue SW, Suite 14
Puyallup, WA 98373-3690
Telephone: (253) 446-7668
jim@ententelaw.com

*Attorneys for Plaintiff*

///

STIPULATED MOTION TO DISMISS AND ORDER (2:22-cv-00332-BJR) - 3

1   ///

2   ///

3   STOEL RIVES LLP

4   *s/ Jacqueline Middleton*
    Christopher T. Wall, WSBA No. 45873
5   Jacqueline Middleton, WSBA No. 52636
    600 University Stret, Suite 3600
6   Seattle, WA 98101
    Telephone: (206) 624-0900
7   christopher.wall@stoel.com
    jacqueline.middleton@stoel.com
8

9   *Attorneys for Defendant STK Bellevue, LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO DISMISS AND ORDER (2:22-cv-00332-BJR) - 4

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2023 I electronically filed the foregoing with the Clerk of the Court, which will send electronic notice of such filing to the following counsel of record:

> Gregory M. Skidmore
> Kaitlyn Gould
> Skidmore Fomina, PLLC
> 14205 SE 36th Street, Suite 100
> Bellevue, WA  98006
> Tel: (425) 519-3656
> Email: gskidmore@skidmorefomina.com
> Email: kgould@skidmorefomina.com
>
> James B. Pizl
> Entente Law PLLC
> 315 Thirty-Ninth Avenue SW, Suite 14
> Puyallup, WA  98373-3690
> Tel: (253) 446-7668
> Email: jim@ententelaw.com

DATED at Seattle, Washington this 14th day of November, 2023.

*s/ Melissa Wood*
Melissa Wood, Legal Practice Assistant

STIPULATED MOTION TO DISMISS AND ORDER (2:22-cv-00332-BJR) - 5

121489157.1 0068288-00022

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*